Rory C. Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: rory@pricelawgroup.com

*Attorney for Plaintiff,*
ISMET JAHOVIC

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NORTHERN CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ISMET JAHOVIC,<br><br>    Plaintiff,<br><br>  vs.<br><br>CACH, LLC; MANDARICH LAW GROUP, LLC, and DOES 1 to 10, inclusive,<br><br>    Defendants. | **Case No.:**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)**<br><br>**Demand Does Not Exceed $10,000** |

## **COMPLAINT FOR DAMAGES**

Plaintiff, ISMET JAHOVIC, on behalf of himself (hereinafter "Plaintiff"), by and through his undersigned attorney, alleges against the Defendants, CACH, LLC and MANDARICH LAW GROUP, LLC (hereinafter "Cach" or "MLG" and collectively as "Defendants") as follows:

---

COMPLAINT AND DEMAND FOR JURY TRIAL
CASE NO. _____

- 1 -

## **PRELIMINARY STATEMENT**

1.  This is an action for damages arising from Defendant's violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act (hereinafter "FDCPA"), and Cal. Civ. Code § 1788, *et seq.*, the Rosenthal Fair Debt Collections Practices Act (hereinafter "RFDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## **JURSIDICTION AND VENUE**

2.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. §1692k (d) and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C.A. § 1367.

3.  Venue is proper in this district under 28 U.S.C § 1391(b)(2).

## **PARTIES**

4.  Plaintiff is a natural person, who at all relevant times has resided in the city of San Jose, Santa Clara County, State of California and is a "consumer" as defined by 15 U.S.C. § 1692a (3).

5.  Defendant Cach, is a corporation doing business in the State of California, with its corporate mailing address as 4340 S. Monaco, Second Floor, Denver, CO 80237, and is a "debt collector" as defined by 15 U.S.C § 1692a(6).

6.  Defendant MLG, is a law firm, a part of their practice entails collection of consumer debts, located at 6301 Owensmouth Ave. Ste 850

COMPLAINT AND DEMAND FOR JURY TRIAL
CASE NO. _____

- 2 -

Woodland Hills, CA 91367, and is a "debt collector" as defined by 15 U.S.C § 1692a(6) and Cal Civ Code § 1788.2(d).

## FACTUAL STATEMENT

7. In early 2014, Plaintiff, via his duly authorized agent Sherman Williams, began negotiations to settle an alleged debt due and owing Defendant Cach, LLC. Around the same time, a settlement was reached wherein Plaintiff would remit payments to Defendant MLG on a monthly basis until the total settlement amount was satisfied in full.

8. Plaintiff presented a draft to MLG, which would have been the final payment on the settlement in early June of 2014. Unfortunately, this payment was returned due to "insufficient funds."

9. An agreement was struck wherein Plaintiff would send MLG a check, which if negotiated, would complete the final payment, and subsequently Plaintiff's obligations under the agreement. It was explicitly stated by Mr. Sherman Williams, to a representative of MLG, that in light of Plaintiff's financial situation, the check, while sent earlier, would not be cashed until the 30th of June 2014. Annexed hereto as "Exhibit A" is a true and correct copy of the negotiated instrument, which is dated June 30, 2014.

10. On June 25, 2014, in direct contravention of Plaintiff's directive not to cash the check before the 30th of June, 2014, and in violation of the date on the

actual check, Cach presented the check to their banking institution for deposit. It was Defendant MLG that was given the directive not to cash the check before the 30th of June. The check was negotiation to Cach, and deposited by Cach.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLECTIONS PRACTICES ACT
## 15 U.S.C. § 1692, *et seq.*

11. Plaintiff repeats the allegations contained in paragraphs 1 through 11 and incorporates them as if set forth herein.

12. Defendant Cach has violated 15 U.S.C. § 1691(e)(10) and 15 U.S.C. § 1692(f)(4).

13. Defendant MLG has violated 15 U.S.C. § 1691(e)(10) and 15 U.S.C. § 1691(f).

14. Plaintiff has been damaged and is entitled to relief.

## COUNT II
## VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLECTIONS PRACTICES ACT
## CAL CIV CODE § 1788, *et seq.*

15. Plaintiff repeats the allegations contained in paragraphs 1 through 15 and incorporates them as if set forth at length herein.

16. Defendants Cach and MLG, having each violated two (2) sections of the FDCPA, are each in violation of Cal Civ Code §1788.17 for failure to comply with the FDCPA.

17. Plaintiff has been damaged and is entitled to relief.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Ismet Jahovic, requests that this Court enter judgment against each of the Defendants Cach and MLG, separately, and on behalf of Plaintiff for the following:

A. For actual damages, pursuant to 15 U.S.C. § 1692k(a)(1) and Cal Civ Code §1788.30(a);

B. For statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B) and Cal Civ Code §1788.30(b) in the amount of $4,000.00;

C. For costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3) and Cal Civ Code §1788(c); and

D. That the Court grant such other and further relief as may be just and proper.

## **DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff demands a trial by jury in this action.

Dated: November 12, 2014

Respectfully Submitted,
By: */s/ Rory C. Leisinger*    __
Rory C. Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
P: (818) 907-2030
F: (818) 205-2730
E: rory@pricelawgroup.com
*Attorneys for Plaintiff,*
*Ismet Jahovic*

COMPLAINT AND DEMAND FOR JURY TRIAL
CASE NO. _____

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

COMPLAINT AND DEMAND FOR JURY TRIAL
CASE NO. _____

