Rory C. Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: rory@pricelawgroup.com

*Attorney for Plaintiff,*
ISMET JAHOVIC

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NORTHERN CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ISMET JAHOVIC,<br><br>          Plaintiff,<br><br>     vs.<br><br>CACH, LLC; MANDARICH LAW GROUP, LLC, and DOES 1 to 10, inclusive,<br><br>          Defendants. | **Case No.:**  5:14-cv-04998-NC<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, ISMET JAHOVIC, through his counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendants, CACH, LLC; MANDARICH LAW GROUP, LLC, AND DOES 1 TO 10, INCLUSIVE.

VOLUNTARY DISMISSAL WITH PREJUDICE

**Price Law Group, APC**
**15760 Ventura Boulevard, Suite 1100**
**Encino, California 91436**

1

2    Dated: December 10, 2014          Respectfully Submitted,

3                                      By: */s/ Rory C. Leisinger*

4                                      Rory C. Lessinger (SBN 277476)

5                                      **PRICE LAW GROUP, APC**

     15760 Ventura Blvd., Suite 1100
6    Encino, CA 91436

7    P: (818) 907-2030
     F: (818) 205-2730
8    E: rory@pricelawgroup.com

9    *Attorneys for Plaintiff,*
     *Ismet Jahovic*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VOLUNTARY DISMISSAL WITH PREJUDICE

**Price Law Group, APC**
**15760 Ventura Boulevard, Suite 1100**
**Encino, California 91436**